UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JULISSA OVALLE, ANGEL
BUITRAGO, MICHAEL MIZE,
CYNTHIA MEDINA, LYNNE
CASSANI, JERRY RAYMOND,
WILTRON DIAZ, THOMAS
CANNETTI, ANGEL SOTO, and
BLAINE IFILL,**

        **Plaintiffs,**

**v.**                                **Case No. 6:23-cv-551-CEM-RMN**

**HOWARD BARTON, CHARLES
BRINKLEY, DIANE DELLO
RUSSO, DONALD FORTIN,
JAMES URBACH,  ASTARA
CAPITAL PARTNERS FUND I,
LP, TONY HARTSGROVE,  DEL-
AIR HEATING, AIR
CONDITIONING &
REFRIGERATION, LLC,**

        **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Defendants' Motions to Dismiss (Doc. Nos. 80, 81, 82, 83, 84)[1], to which Plaintiffs filed Responses (Doc. Nos. 96, 97, 98, 99, 101), and Defendants filed Replies (Doc. Nos. 116, 117, 118, 119). The United

---

[1] Sealed, unredacted versions of Doc. Nos. 87 and 88 are filed at Doc. Nos. 91 and 92.

States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 124), recommending that the First Amended Complaint (Doc. 65) be dismissed without prejudice as a shotgun pleading and the Motions be denied as moot. This cause is also before the Court on Plaintiffs' Motion to Open Discovery and Amend the Scheduling Order ("Motion to Open Discovery," Doc. 102), to which Defendants filed Responses (Doc. Nos. 110, 111).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections to the R&R were timely filed, the Magistrate Judge's recommended disposition is accepted. Additionally, because the Motion to Open Discovery is premised on the claims set forth in the First Amended Complaint, it will be denied.[2] Plaintiffs may file a renewed motion if they choose to file a Second Amended Complaint.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 124) is **ADOPTED** and made a part of this Order.

2. The First Amended Complaint (Doc. 65) is **DISMISSED without prejudice**.

---

[2] Plaintiffs also filed a Motion for Leave to File a Reply (Doc. 115), which will be denied for the same reasons.

3. The Motions to Dismiss (Doc. Nos. 80, 81, 82, 83, 84) are **DENIED as moot**.

4. Plaintiffs' Motion to Open Discovery and Amend the Scheduling Order (Doc. 102) is **DENIED**.

5. Plaintiffs' Motion for Leave to File a Reply (Doc. 115) is **DENIED**.

6. **On or before March 2, 2026,** Plaintiff may file a Second Amended Complaint that cures the deficiencies set forth in the R&R. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on February 16, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record